# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| FRANKIE KAREN WASHINGTON, | ) | No. CV 12-7808-GHK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| GWENDOLYN MITCHELL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice as successive.

DATED: 3/6/13

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE